UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOWWEE GROUP LIMITED, WOWWEE CANADA, INC. and
WOWWEE USA, INC.,

*Plaintiffs*

v.

A249345157, ABAS, ALIAMOON, ARC WORLD ELECTRONIC (SHENZHEN) LIMITED, B2CTRADER88, CAIG, CHENXUE123, CHMIYA, COCOKI, COCOXF, CURRYDOUBLE, DAILYSPREE, DENKAPPARAT, DILUSS, DLF0003, DONGGUAN BENRAY CRAFTS & ARTS CO., LTD., DONGGUAN DEEP DREAM ELECTRONIC CO., LIMITED, DONGGUAN SANKE MOULD&PLASTIC MANUFACTURE CO., LTD.,  DONGGUAN SHENGSI INDUSTRIAL CO., LTD., DONGGUAN SHENGTANG SILICONE PRODUCTS CO., LTD., DONGGUAN WANSHENG SILICONE PRODUCTS CO., LTD., DONGGUAN XIE XING ELECTRONIC PLASTIC CO., LTD., DONGGUAN YOULIMEI SPORTING GOODS CO., LIMITED A/K/A KEDIMEI ELECTRONICS (SHENZHEN) CO., LIMITED, DONGGUAN YUYANG MUSICAL INSTRUMENT CO., LTD. A/K/A ZHIXIAN INDUSTRIAL LIMITED, DONGGUAN ZEQI PACKING CO., LTD. A/K/A HONG KONG CP-LINK CO., LTD,  DORISZP, EONFUN, ERAINBOW,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2026

17-cv-9358 (VEC)

ORDER FOR
RETURN OF
SECURITY
BOND

FASHION888TOY, FASHION9TOY, FASHIONFORWARD, FENGZU OUTDOOR STORE, FIRING, FRANKASON, FRANKMONEY, FROZENTOYS, FUZHOU RICHFORTH TRADE CO., LTD., FXSUM STATIONERY STORE, GGGZXL151019, GLASSPARADISE, GLOBALBSD888, GOTRICHTECH, GUANGZHOU ARFMA ELECTRONIC CO., LTD., GUOJINQUNQUN1, HAITENGBAO, HANGZHOU EASYLIN TRADE CO., LTD., HANGZHOU YIGE TRADE CO., LTD, HENGYI (GUANGZHOU) TRADING IMP. & EXP. CO., LTD., HYL950215, IRIS TECHNOLOGY CO., LTD., ISHENNONG, JAYTOYOFFICIAL, JESSE2017, JHZ666888, KADEN, KIMWOOD1608, KKCARDS, KOLAMOM STORE, LACHAPBELL, LEMEIHUI03, LEO_TOYS, LING2017, LWHONEY, MAIZHONGGOOD, MAXDREAM2017, MIKEXU888, MINEYKIDS, NANCHANG YONG GUAN TRADING CO., LTD., NANJING BONGEM IMPORT & EXPORT CO., LTD

NINGBO FENGHUA GOGO AUTOMATIC TRADING COMPANY LIMITED, NINGBO H&D IMPORT AND EXPORT CO., LTD., NINGBO HUISEN RUBBER & PLASTIC TECHNOLOGY CO., LTD., NINGBO LANGMING IMPORT AND EXPORT LIMITED, NINGBO LENO TRADING CO., LTD., OG INTELLIGENCE STORE, OLYMPICYIM, OSINDUSTRIAL, OUHOEHKDH, OUSUSUNBABY STORE, PINKEMPRESSFANS002 A/K/A SHENZHEN PIRATE CAPTAIN TRADE CO., LTD., POINTOUCH1, ROCKYTSANG, SANCEY, SHANDONG SIMON BEARING CO., LTD., SHANGHAI2008, SHANTOU SMILOR TOYS FACTORY A/K/A SMILOR INDUSTRIAL CO., LTD., SHANXI XIN SHI YU COMMERCIAL AND TRADE CO., LTD., SHAOXING SOFA PROMOTION CO., LTD., SHENZHEN AISK ELECTRONIC CO., LIMITED, SHENZHEN AUGUSTSMOKE TECHNOLOGY CO., LTD, SHENZHEN BESTBUYTEC CO., LTD., SHENZHEN BOF TECHNOLOGY CO., LIMITED, SHENZHEN CHUANGSHIZC TECHNOLOGY CO., LTD., SHENZHEN DEEPFANS TECHNOLOGY CO., LTD., SHENZHEN EBST TRADING CO., LTD., SHENZHEN EJOY TECHNOLOGY CO., LTD., SHENZHEN E-MYWAY INDUSTRIAL CO., LTD., SHENZHEN ETINDGE

ELECTRONIC CO., LTD., SHENZHEN EVER GRAND TECHNOLOGY CO., LTD.

SHENZHEN FLYDA TECHNOLOGY CO., LTD., SHENZHEN FOREMOST INDUSTRIAL CO., LTD., SHENZHEN FUJIA ELECTRONICS CO., LTD., SHENZHEN FWY TECHNOLOGY CO., LTD., SHENZHEN GREIA TECHNOLOGY CO., LIMITED, SHENZHEN HAOYUNWEI TECHNOLOGY CO., LTD., SHENZHEN HERO TECHNOLOGY CO., LTD., SHENZHEN HONGSONIC ELECTRONICS CO., LTD., SHENZHEN HUAWEN TECHNOLOGY CO., LTD., SHENZHEN HYD TECHNOLOGY LTD., SHENZHEN JBK PET TECHNOLOGY CO., LTD., SHENZHEN JIEJIA TRADING COMPANY LIMITED, SHENZHEN JINPIN BALANCE TECHNOLOGY CO., LTD., SHENZHEN JUSTCIG TECHNOLOGY CO., LTD., SHENZHEN MAKEWAY TRADING CO., LTD., SHENZHEN MIDSUN TECHNOLOGY COMPANY LIMITED, SHENZHEN MINSHUNLONG TRADING CO., LTD., SHENZHEN NABOWEI TECHNOLOGY CO., LTD., SHENZHEN NEW FLY TECHNOLOGY CO., LTD., SHENZHEN NOTION ELECTRONICS CO., LTD., SHENZHEN ONLY ACE LIGHTING TECH CO., LTD., SHENZHEN P PLUS GIFT CO., LTD., SHENZHEN PACIFIC OCEAN ELECTRONIC LTD., SHENZHEN SANDI DIGITAL CO., LTD., SHENZHEN SICMP PRINTING CO., LTD. | SHENZHEN TRULY BEAUTY INDUSTRY CO., LTD, SHENZHEN SPIRE TECHNOLOGY CO., LTD., SHENZHEN SUNLIGHTS INNOVATION & TECHNOLOGY CO., LTD., SHENZHEN SUOYA BUSINESS CO., LTD., SHENZHEN TAI LI TECHNOLOGY CO., LTD., SHENZHEN UNION CREATE JI YE TECHNOLOGY CO., LTD., SHENZHEN UPLUS TECHNOLOGY CO., LTD., SHENZHEN VICTEKE TECHNOLOGIES CO., LTD., SHENZHEN XINWANGGU TECHNOLOGY LIMITED, SHENZHEN XINYUE ELECTRONIC CO., LTD., SHENZHEN YUNWEI TECHNOLOGY CO., LTD., SHENZHEN0721, SHINY&BEAULTY1 STORE, SHOPPINGMALLTOY, SIXIREN TOY CO., LTD., GUANGZHOU, SOUTHSEA FLYING DRAGON(SHENZHEN) TECHNOLOGY CO., LTD., SUPERCARD, TIANJIN YAO POLY IMPORT AND EXPORT LIMITED COMPANY, TOPKIDSCLOTHES, TOYSCODA, TOYSFUNNY, TOYSSTORE2017, TRADEUNIVERSE, TSMQ,

TTOYS STORE, TYHM A/K/A NEW NETWORK TECHNOLOGY CO., LTD, UNIQ ELECTRONICS TECHNOLOGY SHENZHEN CO., LIMITED, VIEEO, VOLCANEE02, WFZTZG01, WHITEDOLPHIN, WILLDEN_SUNGLASSES, WIN BEST IMPORT AND EXPORT CO., LTD., WISEBIZ (SHENZHEN) TECHNOLOGY LIMITED, WWWMICSELLCOM__, WXT694375379, XIAMEN PAPLER INDUSTRY CO., LTD., XINGNING BESTEN INDUSTRIAL CO., LTD., YIWU CADDY AARTS&CRAFTS FACTORY, YIWU DINGQIANG IMPORT AND EXPORT CO., LTD., YIWU FOZO CRAFT FACTORY, YIWU JINMING E-TRADING FIRM, YIWU LINGSHUO TRADING CO., LTD. A/K/A YIWU UNITED CRAFTS CO.,LTD, YIWU LIUHE CLOTHING FACTORY, YIWU MAX FIRM IMPORT & EXPORT CO., LTD., YIWU ROYAL COMMODITY CO., LTD., YIWU ZHOUTING TRADE CO., LTD., YOUNEED TRADING STORE, YTING3, ZHANGBX, ZHIZUN12 and ZHUHAI HAIYUAN TECHNOLOGY CO., LTD.,

*Defendants*

The Court, having terminated this case, the Court hereby GRANTS Plaintiffs' request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiffs submitted in connection with this action to counsel for Plaintiffs, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this 2nd day of April, 2026,

_____
VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1